# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY-ANNE HOBBINS,<br><br>Plaintiff,<br><br>v.<br><br>DESERT COMMUNITY COLLEGE DISTRICT, SARAH FRY, DOROTHY SEITZ, CARLOS MALDONADO, MONICA CAMARGO and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 5:24-cv-00677 KK(DTBx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION IN SUPPORT OF CONTINUANCE OF FACT DISCOVERY CUT-OFF, TRIAL AND CORRESPONDING TRIAL DATES; DKT. No. 22**<br><br>**[NOTE CHANGES BY COURT]** |

On April 25, 2025, Plaintiff, ASHLEY-ANNE HOBBINS and Defendants, DESERT COMMUNITY COLLEGE DISTRICT, SARAH FRY, DOROTHY SEITZ, CARLOS MALDONADO, and MONICA CAMARGO (hereinafter "the Parties") by and through their attorneys of record, filed with the Court a Stipulation in Support of Continuance of Fact Discovery Cut-Off, Trial and Corresponding Trial Dates.

The Parties' Stipulation states that despite diligence of the parties in moving discovery forward, difficulties arose with the Parties and counsel which have precluded them from finishing fact discovery by the original deadline of April 17,

2025. The Parties have therefore requested continuances of all dates under this Court's October 16, 2024, Civil Trial Scheduling Order.

**THE COURT, HAVING CONSIDERED THE PARTIES' STIPULATION**, and finding good cause therefor, hereby GRANTS the Stipulation to Continue Fact Discovery Cut-Off, Trial and Corresponding Trial Dates and ORDERS as follows:

~~1) The Court's Civil Trial Scheduling Order dated October 16, 2024, is hereby VACATED.~~

The Court hereby continues ~~issues an Amended Civil Trial Scheduling Order with~~ the following dates ~~to be observed and complied with by the Parties and Counsel~~:

- August 14, 2025: fact discovery cut-off;
- August 28, 2025: last day to serve initial expert reports;
- September 4, 2025: last day to serve rebuttal expert reports;
- September 25, 2025: expert discovery cut-off;
- October 9, 2025: motion hearing cut-off;
- December 4, 2025 at 10:30 a.m.: final pretrial conference; and
- January 12, 2026 at 8:30 a.m.: trial;

**IT IS SO ORDERED**

Dated: April 28, 2025

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE